UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LORNE T. BROWN, | Case No. 08-12349 |
| Plaintiff, | DISTRICT JUDGE<br>ARTHUR J. TARNOW |
| v. | |
| ACUMENT GLOBAL TECHNOLOGIES, INC., | MAGISTRATE JUDGE<br>STEVEN D. PEPE |
| Defendant. | |

_____/

## ORDER
## GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [11]

Before the Court is Defendant's Motion for Summary Judgment [11]. On April 30, 2009, the Court heard oral arguments on the Motion.

The Court being fully advised in the premises, and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment [11] is **GRANTED**.

**SO ORDERED.**


S/ARTHUR J. TARNOW
Arthur J. Tarnow
United States District Judge

Dated: May 1, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 1, 2009, by electronic and/or ordinary mail.

S/THERESA E. TAYLOR
Case Manager